UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNISIAK AJIMATI, | No. 2:20-cv-1773-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| DERRANAE STUART, SHANTI LEE, JENNIFER PERRY, DEPT. OF CHILDREN FAMILY SERVICES, TONYA BROWN, | |
| Defendants. | |

Plaintiff brings this action against defendant Los Angeles County Department of Children and Family Services and four individual defendants. ECF No. 1. The complaint's allegations concern child custody proceedings that occurred in the California Superior Court for the County of Los Angeles. *Id*.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the claims arose in Los Angeles County, and all defendants reside in that county. Thus, venue properly lies in the Central District of California. *See* 28 U.S.C. § 84(c). For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Central District of California. *See* 28 U.S.C. § 1391(b);

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Central District of California. *See* 28 U.S.C. § 1404(a).

Dated:  September 4, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE